IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

LUIS ADRIAN ACEVEDO FIGUEROA

XXX-XX-8803

Debtor(s)

CASE NO. 13-04219 ESL

Chapter 13

**FILED & ENTERED ON 6/11/2018**

### ORDER

Debtor's Reply to Trustee's Motion on Non-Delivery of Tax Refunds (docket #135) is hereby granted. See docket #136.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11 day of June, 2018.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

C:   DEBTOR(S)
     ROBERTO  FIGUEROA CARRASQUILLO
     ALEJANDRO  OLIVERAS RIVERA
     DEBTOR