IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>LUIS ADRIAN ACEVEDO FIGUEROA<br><br>xx-xx-8803<br><br>Debtor(s) | CASE NO. 13-04219-ESL13<br>Chapter 13<br><br><br><br>FILED & ENTERED ON OCT/01/2018 |

ORDER DISMISSING CASE

    It appearing that Debtors have failed to comply with this court's order of Aug/28/2018 (see docket entry #152), it is now

    ORDERED that the instant case be and it is hereby dismissed; and it is further

    ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 1 day of October, 2018.

Enrique S. Lamoutte
United States Bankruptcy Judge